IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ROCHELLE R. WHITE                                                                                PLAINTIFF

vs.                              Civil No. 4:19-cv-04063

ANDREW SAUL,                                                                    DEFENDANT
Commissioner, Social Security Administration

## **JUDGMENT**

Comes now the Court on this the 25th day of March 2020, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

    **IT IS SO ORDERED.**

                                                                                                                  /s/ *Barry A. Bryant*
                                                                                                                  HON. BARRY A. BRYANT
                                                                                                                   U. S. MAGISTRATE JUDGE